PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
### for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Anthony Lee Collins, Jr. _____        Docket No. 0650 3:13CR00097 - 14 _____

### Petition for Action on Conditions of Pretrial Release

COMES NOW Dariel S Blackledge-White _____ , PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant Anthony Lee Collins, Jr. _____
who was placed under pretrial release supervision by the Honorable E. Clifton Knowles, U.S. Magistrate Judge
sitting in the Court at **Nashville, Tennessee** , on June 07, 2013 , under the following
conditions: Please reference the attached Order Setting Conditions of Release.


Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.


I declare under penalty of perjury that the foregoing is true and correct.

Dariel S Blackledge-White _____        Nashville, TN _____        August 6, 2013 _____
U.S. Pretrial Services Officer                Place:                        Date:

Next Scheduled Court Event

| Event | Date |
|---|---|
|  |  |

---

## PETITIONING THE COURT

☒ No Action                    ☐ To issue an order setting a hearing on the petition
☐ To Issue a Warrant           ☐ Other

---

THE COURT ORDERS:
☒ No Action                            ☐ A Hearing on the Petition is set for
☐ The Issuance of a Warrant.
    ☐ Sealed Pending Warrant Execution
      (cc: U.S. Probation and U.S. Marshals only)        _____  _____
☐ Other                                 Date                Time

Considered and ordered this _7th_ day
of _August_, _2013_ , and ordered filed
and made a part of the records in the above
case.

_____
Honorable E. Clifton Knowles
U.S. Magistrate Judge

Honorable E. Clifton Knowles
U.S. Magistrate Judge
Petition for Action on
COLLINS, JR., ANTHONY LEE
Case No. 3:13-CR-00097-14
August 6, 2013

On June 7, 2013, defendant Anthony Lee Collins, Jr., appeared before Your Honor for an Initial Appearance as a result of being charged with violating Title 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute and to Distribute Oxycodone, Hydromorphone, and Oxymorphone, Schedule II Controlled Substances; and Buprenorphine, a Schedule III Controlled Substance. The Government did not file a Motion for Detention, and the defendant was released on a personal recognizance bond with pretrial supervision.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: Refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; defendant shall notify Pretrial Services of any medication prescribed by a physician:**

On June 7, 2013, the defendant reported to Pretrial Services for his initial intake. At that time, he submitted a urine sample that was submitted to Alere Laboratories, located in Gretna, Louisiana, and was confirmed positive for A-Hydroxyalprazolam and oxymorphone. Mr. Collins admitted he had consumed the substances approximately three days prior to his arrest.

On July 15, 2013, Mr. Collins submitted a urine sample that was confirmed positive for hydromorphone and oxymorphone. The defendant admitted he used Percocet and Lortab over the weekend, which were tablets left over from a three-month old prescription.

**Current Status of Case:**

As of this date, no trial date has been set in this matter.

**Probation Officer Action:**

This officer has continued to encourage the defendant to remain drug free, and on June 7, 2013, the defendant was placed in Phase 6 of the U.S. Probation Office's Code-a- Phone program, a program whereby defendants call daily to ascertain whether they need to report to the U.S. Probation and Pretrial Services Office to submit a urine screen. Of note, on June 10, and June 27, 2013, Mr. Collins submitted urine screens that were negative for all substances. He was encouraged to remain abstinent from narcotics or other illegal substances.

Honorable E. Clifton Knowles
U.S. Magistrate Judge
Petition for Action on
COLLINS, JR., ANTHONY LEE
Case No. 3:13-CR-00097-14
August 6, 2013

On July 15, 2013, the defendant was referred to Centerstone, a treatment center located in Madison, Tennessee, for a substance abuse assessment, and he was informed that he would be required to participate in any recommended drug treatment.

**Respectfully Petitioning the Court as Follows**:

Although Mr. Collins relapsed, he was forthcoming with the supervising pretrial services officer and has expressed a willingness to receive help with his substance abuse issues. Thus, Pretrial Services respectfully recommends that the defendant be given the opportunity to receive drug treatment and that no action be taken at this time.

Assistant U.S. Attorney Brent Hannafan has been advised of the above violations.

Approved:

William Burton Putman
Supervisory U.S. Probation Officer

xc:     Brent Hannafan, Assistant U.S. Attorney
        Paul J. Bruno, Defense Counsel

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____     **District of**     _____ TENNESSEE _____

United States of America

V.

_____ ANTHONY LEE COLLINS JR. _____
Defendant

## ORDER SETTING CONDITIONS
## OF RELEASE

Case Number:   3:13-00097-14

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1)  The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2)  The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3)  The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.  The defendant shall appear at (if blank, to be notified) _____

Place

_____ on _____

Date and Time

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ )   The defendant promises to appear at all proceedings as required and to surrender

( )   The defendant executes an unsecured bond binding the defendant to pay _____ dollar _____ )
in the event of a failure to appear as required or to surrender as directed for

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) (6)  The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____     _____
                        Custodian or Proxy                              Date

(X) (7)  The defendant shall:

*ALL* (X) (a)  report to the U.S. Pretrial Services as directed _____,
         telephone number  (615) 736-5771  , not later than _____.

( ) (b)  execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

( ) (c)  post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described

( ) (d)  execute a bail bond with solvent sureties in the amount of $ _____

*ALL* (X) (e)  maintain or actively seek employment *or attend school as directed*

( ) (f)  maintain or commence an education program.

*ALL* (X) (g)  surrender any passport to:  *Pretrial Services*

*ALL* (X) (h)  obtain no passport.

*A(EX)* (i)  abide by the following restrictions on personal association, place of abode, or travel: *Restricted to Middle District of TN unless pre-approved for out of district travel by Pretrial Services*

*ALL* (X) (j)  avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: *co-defendants without prior approval of Pretrial Service*

( ) (k)  undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

( ) (l)  return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

*ALL* ( ) (m)  maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.

( ) (n)  refrain from possessing a firearm, destructive device, or other dangerous weapons.

( ) (o)  refrain from ( ) any ( ) excessive use of alcohol.

*ALL* (X) (p)  refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

*ALL* (X) (q)  submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

*ALL* ( ) (r)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.

*ALL* (X) (s)  refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.

( ) (t)  participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

   ( ) (i)  Curfew. You are restricted to your residence every day ( ) from _____ to _____, or ( ) as directed by the pretrial services office or supervising officer; or

   ( ) (ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or

   ( ) (iii) Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

*ALL* (X) (u)  report as soon as possible to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. *and within 48 hrs.*

*ALL* (X) (v)  Shall permit Pretrial Services Officer to visit you at home or elsewhere at any time, and allow Pretrial Services Officer to confiscate any contraband in plain view.

( ) (w) _____

( ) (x) _____

_____

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICES    U.S. ATTORNEY    U.S. MARSHAL

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

  A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

  The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

  Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation.  It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

  If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

  (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

  (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

  (3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

  (4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

  A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

  I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.  I am aware of the penalties and sanctions set forth above.

X _____
             Signature of Defendant

## Directions to United States Marshal

( x )  The defendant is ORDERED released after processing.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release.  The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____ June 7, 2013 _____    _____
                             Signature of Judicial Officer

           E. CLIFTON KNOWLES, U.S. MAGISTRATE JUDGE
               Name and Title of Judicial Officer

    DISTRIBUTION: COURT  DEFENDANT  PRETRIAL SERVICE  U.S. ATTORNEY  U.S. MARSHAL