UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| ANTHONY LEE COLLINS [14] | ) | |

### ORDER TO PRODUCE

A plea hearing in this matter is set for **Wednesday, June 25, 2014, at 10:30 a.m.** It is hereby

ORDERED that the United States Marshal, Middle District of Tennessee State of Tennessee shall bring or cause to be brought the body of Anthony Lee Collins, now confined in the custody of the Wilson County Jail, 105 East High Street, Lebanon, Tennessee to United States Courthouse, 110 9th Avenue South in Nashville, Tennessee on Wednesday, June 25, 2014, no later than 8:45 for the purpose of a Plea Hearing before U.S. District Judge Kevin H. Sharp and, unless otherwise ordered, for all other necessary proceedings in this case. The defendant's appearance in this Court shall not interfere with any proceedings currently scheduled for the defendant in the defendant's state criminal case.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE